# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-2440
_____

RICHARD MATHIS,

Petitioner,

v.

RICHARD COMERFORD, Secretary,
Florida Department of
Corrections, et al.,

Respondents.

_____

Petition for Writ of Habeas Corpus—Original Jurisdiction.


July 8, 2026


PER CURIAM.

DISMISSED. *See Baker v. State*, 878 So. 2d 1236 (Fla. 2004); *Pettway v. State*, 776 So. 2d 930 (Fla. 2000).

BILBREY, M.K. THOMAS, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Richard Mathis, pro se, Petitioner.

No appearance for Respondents.